# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KKMB, LLC, A Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM MATTER KHADER, an individual; ABE FINANCIAL SERVICES, INC., a California corporation; NOURA SHOUBASH, an individual; NADIA SHOUBASH KORT, an individual; HANNA BISHARA HIREZI, an individual; JASON BOUTROS, M.D., an individual; JASON K. BOUTROS M.D., INC., a California corporation; SANDRA RABADI, an individual; REEM J. RABADI, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | CASE No.: CV 18-5170-GW-JPRx<br><br>RELATED CASE Nos.:<br><br>2:20-CV-00974-GW-JPR;<br>2:20-CV-00210-GW-JPR<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF KKMB, LLC ON PLAINTIFF'S CLAIM FOR DECLARATORY RELIEF**<br><br>Hon. George H. Wu,<br>Presiding Judge<br><br>Hon. Jean P. Rosenbluth,<br>Magistrate Judge<br><br>Date: May 28, 2020<br>Time: 8:30 AM<br>Dept.: 9D<br><br>Complaint Filed: June 11, 2018<br>Trial Date: December 2, 2020 |

2077.002\8868

# JUDGMENT

On December 2, 2019, Plaintiff KKMB, LLC ("KKMB") filed a Motion for Partial Summary Judgment in which it sought a judicial declaration on its claim for Declaratory Relief that: "1) KKMB is the sole owner and beneficiary of the Life Insurance Company of the Southwest Policy #LS0172485 and the $5,000,000 death benefit from the Policy, 2) KKMB is the sole owner and beneficiary of the Prudential Life Insurance Company Policy #V2023959 and the $4,500,000 death benefit from the Policy, 3) None of the Defendants are entitled to the death benefits from either of the two Policies, 4) KKMB - or its assigns - is entitled to Life Insurance Company of the Southwest Policy #LS0172485's death benefits, and 5) KKMB - or its assigns - is entitled to Prudential Life Insurance Company Policy #V2023959's death benefits." (Dkt. 121).

On April 3, 2020, this Court granted Plaintiff KKMB's Motion for Partial Summary Judgment in its entirety. (Dkt. 166). In granting KKMB's Motion for Partial Summary Judgment, this Court finally adjudicated KKMB's Declaratory Relief claim.

On May 5, 2020, KKMB requested this Court issue a separate judgment as to KKMB's claim for Declaratory Relief. (Dkt. 172). This Court has granted KKMB's request to issue a separate judgment.

Pursuant to the April 3, 2020 Order granting Partial Summary Judgment, this Court now issues a separate, final judgment and makes the following explicit rulings:

(1) This Court re-affirms and expressly incorporates into this Judgment the factual and legal findings set out in this Court's April 3, 2020 Order granting KKMB's Motion for Partial Summary Judgment (Dkt. 166).

(2) This Court finds that while resolution of KKMB's claim for Declaratory Relief does not resolve the entirety of the claims pending in Case No. 2:18-cv-05170, there is no just cause for delaying a separate, final judgment as to KKMB's Declaratory Relief claim.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that:

1) KKMB is the sole owner and beneficiary of the Life Insurance Company of the Southwest Policy #LS0172485 and the $5,000,000 death benefit from the Policy.

2) KKMB is the sole owner and beneficiary of the Prudential Life Insurance Company Policy #V2023959 and the $4,500,000 death benefit from the Policy.

3) None of the Defendants are entitled to the death benefits from either of the two policies.

4) KKMB - or its assigns - is entitled to Life Insurance Company of the Southwest Policy #LS0172485's death benefits.

5) KKMB - or its assigns - is entitled to Prudential Life Insurance Company Policy #V2023959's death benefits.

IT IS SO ORDERED.

DATED: June 16, 2020

_____
HON. GEORGE H. WU,
United States District Judge